**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00462-REB-MJW

BRENDA EVANS,

    Plaintiff,

v.

COMCAST CORPORATION,

    Defendant.

---

MINUTE ORDER[1]

---

    The Stipulated Motion to Dismiss Gender Claims [#15], filed on April 22, 2006, is DENIED without prejudice. There is no indication that the defendant has stipulated to the dismissal of the plaintiff's gender claim, other than in the title of the pleading.

Dated: April 24, 2006

------

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.