**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00462-REB-MJW

BRENDA EVANS,

    Plaintiff,

v.

COMCAST CORPORATION,

    Defendant.

## ORDER DISMISSING GENDER CLAIMS

**Blackburn, J.**

The matter comes before the court on the **Amended Stipulated Motion to Dismiss Gender Claims** [#17] filed on May 2, 2006. After careful review of the amended stipulation and the file, the court has concluded that the amended stipulation should be approved and that Plaintiff's Second Claim for Relief (Plaintiff's gender claims) should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Amended Stipulated Motion to Dismiss Gender Claims** [#17] filed on May 2, 2006, **IS APPROVED**; and

2. That Plaintiff's Second Claim for Relief (Plaintiff's gender claims) **IS DISMISSED**.

Dated May 3, 2006, at Denver, Colorado.

                              **BY THE COURT:**

                              **s/ Robert E. Blackburn
                              Robert E. Blackburn
                              United States District Judge**