**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-00462-REB-MJW

BRENDA EVANS,

        Plaintiff,

v.

COMCAST CORPORATION,

        Defendant.

---

**ORDER**
( Docket No. 30 )

THIS MATTER having come before the Court on Plaintiff's Motion to Amend Complaint and Amended Complaint, and this Court being otherwise fully informed in the premises

ORDERS that the Plaintiff's Motion is GRANTED.   It is further ordered that the Amended Complaint ~~is accepted for filing~~ shall be Refiled with The Court.

DONE and SIGNED this 13th day of July, 2006.

BY THE COURT:

*Michael J. Watanabe*
~~U.S. District Court Magistrate Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE