**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00462-REB-MJW

BRENDA EVANS,

    Plaintiff,

v.

COMCAST CORPORATION,
COMCAST CABLE COMMUNICATIONS HOLDINGS, INC.,
COMCAST CABLE HOLDINGS, LLC,
COMCAST CABLE COMMUNICATIONS, INC, and
COMCAST OF COLORADO, IX, LLC,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is the **Stipulation as to Party Defendants** [#36], filed July 18, 2006.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that plaintiff's claims against defendants, Comcast Corporation, Comcast Cable Communications Holding, Inc., Comcast Cable Holdings, LLC, and Comcast Cable Communications, Inc., should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation as to Party Defendants** [#36], filed July 18, 2006, is **APPROVED**;

    2.  That plaintiff's claims against defendants, Comcast Corporation, Comcast Cable Communications Holding, Inc., Comcast Cable Holdings, LLC, and Comcast

-2-

Cable Communications, Inc., **ARE DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

      3.  That defendants, Comcast Corporation, Comcast Cable Communications Holding, Inc., Comcast Cable Holdings, LLC, and Comcast Cable Communications, Inc., are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

      Dated July 18, 2006, at Denver, Colorado.

      **BY THE COURT:**

      s/ Robert E. Blackburn
      **Robert E. Blackburn**
      **United States District Judge**