**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

CIVIL ACTION NO. 06-CV-00462-REB-MJW

BRENDA EVANS,

       Plaintiff,

v.

COMCAST OF COLORADO IX, LLC,

       Defendant.

---

MINUTE ORDER

---

      IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Modify the Scheduling Order, filed with the Court on July 19, 2006, DN 38, is GRANTED. The Scheduling Order is modified as follows:

      b.    Discovery Cut-off Date: the deadline for all discovery shall be extended up to and including October 16, 2006.

      c.    Dispositive Motions: the deadline for filing dispositive motions shall be extended up to and including January 29, 2007.

      d.    Expert Witness Disclosures:

            (3)    The parties shall designate all experts and provide opposing counsel and any *pro se* party with all information specified in FED. R. CIV. P. 26(a)(2) on or before October 16, 2006.

            (4)    The parties shall designate all rebuttal experts and provide opposing counsel and any *pro se* party with all information

specified in FED. R. CIV. P. 26(a)(2) on or before November 16, 2006.

IT IS FURTHER ORDERED that the Final Pretrial Conference set on January 29, 2007, at 8:30 a.m., is VACATED and RESET on March 28, 2007, at 9:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  The proposed Final Pretrial Order shall be prepared by the parties and submitted to the Court no later than five business days before the final pretrial conference.

Date:  July 19, 2006