**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00462-REB-MJW

BRENDA EVANS,

    Plaintiff,

v.

COMCAST OF COLORADO, IX, LLC,

    Defendant.

---

MINUTE ORDER[1]

---

    Defendant's Motion for Summary Judgment [#44] and Defendant's Memorandum in Support of Defendant's Motion for Summary Judgment [#45], both filed August 18, 2006, are STRICKEN for failure to comply with REB Civ. Practice Standard V.H.3.

Dated: August 18, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.