# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 1:06-CV-00462-REB-MJW

BRENDA EVANS,

      Plaintiff,

v.

COMCAST OF COLORADO IX, LLC,

      Defendant.

---

## ORDER
( Docket No. 53 )

---

THIS MATTER having come before the Court on Plaintiff's Unopposed Motion to Stay Expert Disclosure & Discovery Deadlines; and

THE COURT, having reviewed the pleadings and being fully advised, grants the motion.

IT IS FURTHER ORDERED as follows:

1.    Good cause exists to stay the expert disclosure and discovery deadlines;

2.    The Scheduling Order is hereby modified, as follows:

    B.    DISCOVERY CUT-OFF: the deadline for discovery shall be April 28, 2007.

    C.    DISPOSITIVE MOTIONS: the deadline for filing dispositive motions shall be extended up to and including May 23, 2007.

    D.    EXPERT WITNESS DISCLOSURES:

        (3)    The parties shall designate all experts and provide opposing counsel and any *pro se* party with all information specified in FED. R. CIV. P. 26(a)(2) on or before February 28, 2007.

(4)  The parties shall designate all rebuttal experts and provide opposing counsel and any *pro se* party with all information specified in FED. R. CIV. P. 26(a)(2) on or before March 28, 2007.

IT IS FURTHER ORDERED that a final pretrial conference ~~shall be held in this case on~~ is reset to June 15, 2007, at 9:00 o'clock a.m. A Final Pretrial Order shall be prepared by the parties and submitted to the Court no later than five days before the final pretrial conference. (*)

DATED THIS 3rd day of October, 2006.

(*) The Final Pretrial Conference currently set on March 28, 2007 At 9:00 A.m. is VACATED.

BY THE COURT

_____
Magistrate Judge, U.S. District Court