**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

CIVIL ACTION NO. 06-CV-00462-REB-MJW

BRENDA EVANS,

       Plaintiff,

v.

COMCAST OF COLORADO IX, LLC,

       Defendant.

---

MINUTE ORDER

---

It is hereby ORDERED that Defendant's Motion to Stay Discovery (docket no. 63) is DENIED for the following reasons.

Staying discovery pending the outcome of motions determining preliminary matters raises issues "of pretrial management and judicial efficiency that fall within the court's discretion." Stone v. Gonzales, 2006 U.S. Dist. LEXIS 43885, *2 (D.Colo., June 18, 2006)(citing Greeley Pub. Co. v. Hergert, 233 F.R.D. 607, 612 (D. Colo. 2006). In String Cheese Incident, LLC v. Stylus Shows, Inc., 2006 WL 894955 (D. Colo. 2006), former Magistrate Judge Coan applied the following analysis, in which she weighed the following interests:

1.    plaintiff's interests in proceeding expeditiously with the civil action and the potential prejudice of a delay;
2.    the burden on defendants;
3.    the convenience to the court;
4.    the interests of persons not parties to the civil litigation; and,
5.    the public interest.

Id. at *2 (citing FDIC v. Renda, 1987 WL 348645 *2 (D. Kan. 1978).

After taking into consideration those factors listed above, this court finds that the interest of justice requires that this case go forward with discovery. Defendant has failed to demonstrate a likelihood of prevailing on the pending dispositive motion. Moreover, Plaintiff would be prejudiced by a stay in discovery since this case is set for Final Pretrial Conference on June 15, 2007, for Trial Preparation Conference on August 24, 2007, and for jury trial on September 10, 2007. Furthermore, there has been no

evidence presented to suggest that any prejudice to any third party would be incurred if discovery goes forward.  Lastly, it is in the public interest to resolve civil disputes quickly and timely.

Date:  February 6, 2007 _____