IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:06-cv-00462-REB-MJW

BRENDA EVANS,

      Plaintiff

v.

COMCAST OF COLORADO IX, LLC,

      Defendant.

---

**MINUTE ORDER**
(Docket No. 68)

---

IT IS HEREBY ORDERED that the parties' Stipulated Motion to Permit Supplementation of Expert Reports, filed with the Court on February 28, 2007, DN __, is GRANTED.

The Scheduling Order is amended to permit supplementation of the parties' expert reports as necessary to incorporate facts, information, data, and/or documents from discovery propounded, but not completed on the date their expert reports are due.

The Scheduling Order is further amended to permit extension of the discovery cutoff, to June 1, 2007, for the limited purpose of deposing experts after their reports are completed.

Date: March 2, 2007.

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO