# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:06-cv-00462-REB-MJW

BRENDA EVANS,

       Plaintiff

v.

COMCAST OF COLORADO IX, LLC,

       Defendant.

---

## MINUTE ORDER
(Docket p. 65)

IT IS HEREBY ORDERED that Plaintiff's Motion to Amend Scheduling Order to Substitute One Expert, filed with the Court on February 28, 2007, DN 69 is GRANTED.

¶7(D) of the Scheduling Order is amended to substitute a vocational expert for Plaintiff's expert in statistical analysis.

Date: March 2, 2007.

    MICHAEL J. WATANABE
    U.S. MAGISTRATE JUDGE
    DISTRICT OF COLORADO