# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 06-cv-00462-REB-MJW

BRENDA EVANS,

    Plaintiff,

v.

COMCAST OF COLORADO, IX, LLC,

    Defendant.

## MINUTE ORDER[1]

The matter comes before the court on the **Unopposed Motion for Reconsideration of June 11, 2007 Order (#81) Denying Plaintiff's Unopposed Motion to Extend Time for Response to Defendant's Second Motion for Summary Judgment (#80)** [#82], filed June 11, 2007.  The motion is **GRANTED**.  Plaintiff shall have until **June 22, 2007**, in which to file a response to the second motion for summary judgment.  Parties are reminded that REB Civ. Practice Standard II.G.1 provides that good cause must be established with particularity, and generally most involve circumstances that are unanticipated and unavoidable.

Dated:  June 11, 2007

----

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.