IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

BRENDA EVANS, )
)
        Plaintiff, )
) CIVIL ACTION
v. ) FILE NO. 06-cv-00462-REB-MJW
)
COMCAST OF COLORADO IX, LLC, )
)
        Defendant. )
_____ )

### MINUTE ORDER (Docket 73)

IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Amend the Scheduling Order to Extend the Deadline to Depose Expert Witnesses, filed with the Court on May 21, 2007, is GRANTED.

The Scheduling Order is amended to permit Defendant to depose Plaintiff's expert witnesses until July 1, 2007. ~~June 29~~

Date: June 15th, 2007. ~~May~~

Atlanta 1085267.1