IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00462-REB-MJW

BRENDA EVANS,

    Plaintiff,

v.

COMCAST CORPORATION

    Defendants.

---

PROTECTIVE ORDER (DOCKET # 89)

---

IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for Protective Order, filed with the Court on June 26, 2007 (DN 89) is GRANTED.

Upon proper notice, Ms. Woodard shall be available for deposition at 4:00 p.m. on July 17, 2007.

Date: June 27th, 2007.

*[signature]*
MICHAEL J. WATANABE]
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO