**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00462-REB-MJW

BRENDA EVANS,

    Plaintiff,

v.

COMCAST OF COLORADO, IX, LLC,

    Defendant.

---

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulation To Dismiss With Prejudice** [#108], filed September 28, 2007. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation To Dismiss With Prejudice** [#108], filed September 28, 2007, is **APPROVED**;

2. That any pending motion is **DENIED** as moot; and

3. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 1, 2007, at Denver, Colorado.

                                          **BY THE COURT:**

                                          **s/ Robert E. Blackburn**
                                          **Robert E. Blackburn
                                          United States District Judge**